The People of the State of Illinois for use of State Board of Health, Defendant in Error, v. Jasper B. McTier, Plaintiff in Error.

Gen. No. 18,740.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. FREEMAN K. BLAKE, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinion filed January 22, 1914.

Statement of the Case.

Action of debt by the People of the State of Illinois for the use of the State Board of Health against Jasper B. McTier to recover the statutory penalty of one hun-

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

dred dollars for practicing medicine without a license. The defendant waived a trial by jury. The court heard the evidence and found the defendant guilty and imposed a fine of one hundred dollars and costs and entered a judgment for that amount. To reverse the judgment defendant prosecutes a writ of error.

T. WEBSTER BROWN for plaintiff in error; EDWARD H. MORRIS, of counsel.

CHARLES ALLING, JR., for defendant in error; THOMAS F. BURKE, of counsel.

MR. JUSTICE SCANLAN delivered the opinion of the court.

### Abstract of the Decision.

1. PHYSICIANS AND SURGEONS, § 8*—*when evidence sufficient to show practice without a license.* In an action to recover a penalty for practicing medicine without a license, the facts showing that defendant had distributed from house to house a circular in which he claimed to have power to heal through prayer and that investigators submitting to treatment as patients were charged a fee, *held* that a finding of guilty was sustained by the evidence.

2. PHYSICIANS AND SURGEONS, § 8*—*when printed circular admissible in an action for penalty for practicing without a license.* In an action to recover the statutory penalty for practicing medicine without a license, a printed circular distributed by the defendant from house to house and tending to support the charge of the commission of the offense, *held* competent evidence.

3. PHYSICIANS AND SURGEONS, § 8*—*when action for penalty for practicing without a license may be based on evidence provided by investigators.* An action to recover the statutory penalty for practicing medicine without a license may be based on evidence procured by investigators who applied for treatment to determine whether the defendant would commit the offense, the investigators not advising or encouraging the defendant to commit the acts constituting such offense.

4. PENALTIES, § 10*—*necessity of proving venue of offense.* Action of debt to recover statutory penalty for practicing medicine without a license is not a criminal proceeding in which the venue of the offense must be proved.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

5. PHYSICIANS AND SURGEONS, § 8*—*constitutional provisions.* Although article II, § 3 of the Constitution of 1870, J. & A. p. 130, gives to a person a legal right to pray for the cure of sickness and disease, it does not give him the right to practice medicine without a license.